Robert A. Mautino
Mautino and Mautino
444 West "C" Street
Suite 200
San Diego, California 92101-3597

(619) 235-9177

FILED

06 SEP 29 AM 11: 05

BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mahmood Kalantar Neyestanaki )<br><br>   Plaintiff,          )<br><br>      -vs-          )<br><br>Michael Chertoff, et al.,        )<br><br>   Defendants.          )<br>_____) | No. 06-cv-1357WQH (WMc)<br><br><br>VOLUNTARY DISMISSAL<br>OF ACTION |

WHEREAS, the Plaintiff complained that the Defendants had not completed action on his application for naturalization, and

WHEREAS, the Defendants have now adjudicated and approved his application, and

WHEREAS, the Plaintiff is now a citizen of the United States, and

WHEREAS, the matter is now moot, and

WHEREAS, the Defendants have not answered the complaint or otherwise appeared in this action,

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOW, THEREFORE, the Plaintiff, through counsel, voluntarily dismisses this action pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure. The Clerk is requested to enter said dismissal in the records of the District Court.

Dated: 09/22/2006

Robert A. Mautino
Mautino and Mautino
Attorneys for Plaintiff



IT IS SO ORDERED
DATED 9/29/06

UNITED STATES DISTRICT JUDGE